**Electronically Filed
Supreme Court
SCWC-23-0000705
14-MAY-2026
07:56 AM
Dkt. 15 ODAC**

SCWC-23-0000705

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TIHANI ARBOGAST,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000705; CASE NO. 2DTA-23-0000334)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Malinao, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on March 31, 2026, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 14, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Clarissa Y. Malinao

